UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| NASSER KEHTARNA § | |
| § | |
|     Plaintiff, § | |
| § | |
| v. § | CIVIL ACTION NO. 4:15-cv-231 |
| § | |
| THE TRAVELERS HOME AND § | JURY |
| MARINE INSURANCE COMPANY; and § | |
| WALKER INSURANCE AGENCY INC. § | |
| § | |
|     Defendants. § | |

## STIPULATION OF DISMISSAL

Pursuant to Rule 41(1)(A)(ii) Nasser Kehtarna ("Plaintiff"), and Defendant The Travelers Home and Marine Insurance Company ("Travelers") hereby submit this Stipulation of Dismissal and would respectfully show this Court as follows:

1.    The parties reached a settlement regarding all claims asserted by Plaintiff in the above-captioned lawsuit.  Pursuant to the terms of that settlement, Plaintiff agreed to seek the dismissal of all claims asserted by Plaintiff or which could have been asserted by Plaintiff against Defendants in this suit with prejudice.  The parties hereby stipulate to the dismissal of such claims with prejudice.  It is Plaintiff's intention to dismiss all claims against all Defendants.

2.    The parties have further agreed that all costs, expenses and attorney's fees are to be borne by the party incurring same.

WHEREFORE, PREMISES CONSIDERED, Plaintiff Nasser Kehtarna and Defendant The Travelers Home and Marine Insurance Company respectfully present this Stipulation and request the Court dismiss this civil action with prejudice, with all costs, expenses and attorney's

fees borne by the party incurring same, and for such other and further relief to which they may be justly entitled

                                            Respectfully submitted,

                                            /s/ Eric B. Dick (with permission)

ERIC B. DICK
Texas Bar No. 24064316
**DICK LAW FIRM, PLLC**
3701 Brookwoods Drive
Houston, Texas 77092
(832) 207-2007 (Telephone)
(713) 893-6931 (Facsimile)
ebdick@gmail.com

**ATTORNEYS FOR PLAINTIFF
NASSER KEHTARNA**

                                            /s/ Marcie L. Schout

WM. LANCE LEWIS
Texas Bar No. 12314560
MARCIE L. SCHOUT
Texas Bar No. 24027960
**QUILLING, SELANDER, LOWNDS, WINSLETT & MOSER, P.C.**
2001 Bryan Street, Suite 1800
Dallas, Texas 75201
(214) 871-2100 (Telephone)
(214) 871-2111 (Facsimile)
llewis@qslwm.com
mschout@qslwm.com

**ATTORNEYS FOR DEFENDANT
THE TRAVELERS HOME AND MARINE
INSURANCE COMPANY**