**\*\*NOT FOR PRINTED PUBLICATION \*\***

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| NASSER KEHTARNA, | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| V. | § | CASE NO. 4:15cv231 |
| | § | Chief Judge Clark/Judge Craven |
| THE TRAVELERS HOME AND MARINE | § | |
| INSURANCE COMPANY and WALKER | § | |
| INSURANCE AGENCY INC. | § | |
| | § | |
| *Defendants.* | § | |

## ORDER OF DISMISSAL

Before the court is the parties' Stipulation of Dismissal [Doc. #7].

It is **ORDERED** that the Stipulation of Dismissal [Doc. #7] is accepted by the Court.

The Court further **ORDERS** that this case is **DISMISSED** with prejudice, with each party to bear their own costs.

All relief not previously granted is **DENIED**.

The Clerk is directed to **CLOSE** this civil action.

**So ordered and signed on**

**May 1, 2015**

_____
Ron Clark, United States District Judge